Clayton Davis
Leibovic Law Group
21540 Plummer Street Suite B
Chatsworth, CA 91311
T: (818) 461-5881
F: (818) 995-4838
E-mail: Claytond@leiboviclawgroup.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
(Western Division)

| | |
|---|---|
| MICHAEL A. WASHINGTON, <br>        Plaintiff, <br><br>        v. <br><br> FRANK J. BISIGNANO, <br> Commissioner of Social Security, <br>        Defendant. | No. 2:25-cv-00635-BFM <br><br> **ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT** <br> **28 U.S.C. §2412 (d)** |

The Court having approved the stipulation of the parties, IT IS ORDERED that Plaintiff be awarded attorney fees under the Equal Access to Justice Act, 28 U.S.C. §2412 (d), in the amount of TWO THOUSAND ONE HUNDRED AND SEVENTY NINE DOLLARS AND NINETY NINE CENTS ($2,179.99).

DATE:    APRIL 8, 2026

_____
HONORABLE BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE

- 1